The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN COLLIER, KRYSTA RENFRO, ALEX SAMUELS, BRADLEY CARICOFE, SHAWN THIBODEAUX, JULIE THIBODEAUX, CATHY CARROLL, LAZARO GOMEZ, KENNETH HUNNEL, LEANNE HUNNEL, and JAMES KOHEN individually, and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

Ford.

NO. 3:23-cv-05778-BHS

**STIPULATION AND ORDER REGARDING FIRST AMENDED COMPLAINT AND DEADLINE TO ANSWER COMPLAINT**

Noted on Motion Calendar:
October 18, 2023

**STIPULATION**

Plaintiffs and Defendant Ford Motor Company, by and through their undersigned counsel, respectfully stipulate as follows:

1. Plaintiffs filed their initial Complaint in this case on August 28, 2023.

2. Defendant waived service of the Summons and Complaint pursuant to Federal Rule of Civil Procedure 4, which extended Defendant's deadline to response to the Complaint to November 5, 2023.

STIPULATION AND ORDER REGARDING FIRST AMENDED
COMPLAINT AND DEADLINE TO ANSWER COMPLAINT - 1
NO. 3:23-cv-05778-BHS

3. Plaintiffs propose to file a First Amended Complaint on or before October 20, 2023.

4. Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant hereby consents to Plaintiffs filing a First Amended Complaint on or before October 20, 2023.

5. The Parties have stipulated to allow Defendant 49 days from the date of filing and service of the First Amended Complaint to file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12.

6. Should Defendant respond to the First Amended Complaint with a motion pursuant to Rule 12, the parties have agreed to a briefing schedule that will accommodate the Parties' respective schedules.

NOW THEREFORE, the parties jointly stipulate and respectfully ask the Court to (1) grant leave to Plaintiffs to file a First Amended Complaint, (2) extend the deadline for Defendant to file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12 and set a briefing schedule as follows:

| | |
|---|---|
| Plaintiffs' deadline to file first amended pleading: | October 20, 2023 |
| Deadline to file responsive pleading or Rule 12 motion: | December 8, 2023 |
| Plaintiffs' response to Rule 12 motion, if filed: | January 18, 2024 |
| Defendant's reply in support of Rule 12 motion, if filed: | February 7, 2024 |
| Noting date for Defendant's Rule 12 motion, if filed: | February 7, 2024 |

DATED this 17th day of October, 2023.

Respectfully submitted,

TOUSLEY BRAIN STEPHENS PLLC

By: *s/Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com

*s/Cecily C. Jordan*
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Kaleigh N. Boyd, WSBA #52684
kboyd@tousley.com
1200 5th Avenue, Suite 1700

STIPULATION AND ORDER REGARDING FIRST AMENDED
COMPLAINT AND DEADLINE TO ANSWER COMPLAINT - 2
NO. 3:23-cv-05778-BHS

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Seattle, WA 98101
206.682.5600
206.682.2992

Jonathan D. Selbin **
Jason L. Lichtman **
Muriel Kenfield-Kelleher **
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
212.355.9500
jselbin@lchb.com
jlichtman@lchb.com
mkenfieldkelleher@lchb.com

Andrew R. Kaufman **
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
615.313.9000
akaufman@lchb.com

Tarek H. Zohdy *
Cody R. Padgett *
Laura E. Goolsby *
Capstone Law, APC
1875 Century Park East
Suite 1000
Los Angeles, CA 90067
Telephone: (310) 556-4811
Tarek.Zohdy@Capstonelawyers.com
Cody.Padgett@Capstonelawyers.com
Laura.Goolsby@Capstonelawyers.com

Russell D. Paul *
Abigail J. Gertner **
Amey J. Park **
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
215.875.3000
rpaul@bm.net
agertner@bm.net
apark@bm.net

Ketan A. Patel *
CORPUS LAW PATEL, LLC
P.O. Box 724713
Atlanta, Georgia 31139

STIPULATION AND ORDER REGARDING FIRST AMENDED
COMPLAINT AND DEADLINE TO ANSWER COMPLAINT - 3
NO. 3:23-cv-05778-BHS

678.597.8020
kp@corpus-law.com

E. Powell Miller**
Dennis A. Lienhardt**
THE MILLER LAW FIRM PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

Stephen R. Basser**
Samuel M. Ward**
BARRACK, RODOS, & BACINE
600 W Broadway, Suite 900
San Diego, CA 92101
Telephone: (619)230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

John G. Emerson**
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*admitted pro hac vice*
**pro hac vice forthcoming*

**Attorneys for Plaintiffs and the Proposed Classes**

SHOOK HARDY & BACON LLP

By: *s/ Amit Nassihi*
Amir Nassihi, *admitted pro hac vice*
555 MISSION ST STE 2300
SAN FRANCISCO, CA 94105
415-544-1900
Fax: 415-391-0281
Email: anassihi@shb.com

STIPULATION AND ORDER REGARDING FIRST AMENDED
COMPLAINT AND DEADLINE TO ANSWER COMPLAINT - 4
NO. 3:23-cv-05778-BHS

SHOOK HARDY & BACON LLP
Steven Rich, WSBA #48444
701 5TH AVE STE 6800
SEATTLE, WA 98104
206-344-7620
Email: srich@shb.com

***Attorneys for Defendant***

STIPULATION AND ORDER REGARDING FIRST AMENDED
COMPLAINT AND DEADLINE TO ANSWER COMPLAINT - 5
NO. 3:23-cv-05778-BHS

**ORDER**

Pursuant to the parties' stipulation, Plaintiffs are granted leave to file a First Amended Complaint. The Court adopts the parties' agreed briefing schedule, as set forth below:

| | |
|---|---|
| Plaintiffs' deadline to file first amended pleading: | October 20, 2023 |
| Deadline to file responsive pleading or Rule 12 motion: | December 8, 2023 |
| Plaintiffs' response to Rule 12 motion, if filed: | January 12, 2024 |
| Defendant's reply in support of Rule 12 motion, if filed: | January 26, 2024 |
| Noting date for Defendant's Rule 12 motion, if filed: | January 26, 2024 |

IT IS SO ORDERED.

Dated this 19th day of October, 2023.

_____
The Honorable Benjamin H. Settle

STIPULATION AND ORDER REGARDING FIRST AMENDED
COMPLAINT AND DEADLINE TO ANSWER COMPLAINT - 6
NO. 3:23-cv-05778-BHS

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992