THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN COLLIER, KRYSTA RENFRO, ALEX SAMUELS, BRADLEY CARICOFE, SHAWN THIBODEAUX, JULIE THIBODEAUX, CATHY CARROLL, LAZARO GOMEZ, KENNETH HUNNEL, LEANNE HUNNEL, and JAMES KOHEN, individually, and on behalf of a class of similarly situated individuals,<br><br>           Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>           Defendant. | Case No. 3:23-cv-05778-BHS<br><br>**STIPULATED MOTION AND ORDER REGARDING RESPONSIVE PLEADING AND RULE 26 DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 1, 2023** |

Plaintiffs John Collier, Krysta Renfro, Alexa Samuels, Bradley Caricofe, Shawn Thibodeaux, Julie Thibodeaux, Cathy Carroll, Lazaro Gomez, Kenneth Hunnel, Leanne Hunnel, and James Kohen ("Plaintiffs") and Defendant Ford Motor Company ("Ford" or "Defendant") (collectively, the "Parties") stipulate and move the Court with reference to the following facts and recitals:

On October 23, 2023, Plaintiffs filed a First Amended Complaint in this action (Dkt. 23).

Pursuant to the Parties' stipulation, Defendant's deadline to file a response to Plaintiffs' amended complaint is on December 8, 2023 (Dkt. 22).

The Parties have engaged in extensive meet and confers concerning potential challenges to the complaint and potential jurisdictional challenges. Parties believe it would be productive and

promote efficiency for these discussions to continue and, accordingly, respectfully request that the Court continue by 60 days (1) Defendant's response to the amended complaint and related briefing schedule and, (2) the Rule 26 deadlines, to allow time for further conferral on potential motion challenges.

THEREFORE, THE PARTIES HEREBY STIPULATE, SUBJECT TO THIS COURT'S APPROVAL, TO THE ENTRY OF AN ORDER AS FOLLOWS:

1. Ford's deadline to file a response to Plaintiffs' Amended Complaint is extended from December 8, 2023 to February 6, 2024.

2. Plaintiffs' response to Rule 12 motion, if filed is March 12, 2024

3. Defendant's reply in support of Rule 12 motion, if filed: March 28, 2024

4. Noting date for Defendants Rule 12 motion, if filed: March 28, 2024

5. The Rule 26 are: Deadlines is 2/20/2024, Initial Disclosure Deadline is 2/28/2024, Joint Status Report due by 3/4/2024

IT IS SO STIPULATED.

Dated: November 30, 2023

/s/ Jason T. Dennett
On Behalf of Plaintiffs

Jason T. Dennett, WSBA #30686
jdennett@tousley.com
s/Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
s/Kaleigh N. Boyd
Kaleigh N. Boyd, WSBA #52684
kboyd@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 5th Avenue, Suite 1700
Seattle, WA 98101
206.682.5600 206.682.2992

By: s/Russell D. Paul
Russell D. Paul *
Abigail J. Gertner **
Amey J. Park **
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

/s/ Amir Nassihi
On Behalf of Defendant
Nissan North America, Inc.

Steven Rich, WSBA #48444
Shook, Hardy & Bacon L.L.P.
Columbia Center
701 Fifth Ave., Suite 6800
Seattle, Washington 98104
Telephone: 206.344.7600
Facsimile: 206.344.3113
srich@shb.com

Amir Nassihi, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281
anassihi@shb.com

1  215.875.3000
   rpaul@bm.net
2  agertner@bm.net
   apark@bm.net
3
   By: s/Ketan A. Patel
4  Ketan A. Patel *
   CORPUS LAW PATEL, LLC
5  P.O. Box 724713
   Atlanta, Georgia 31139
6  678.597.8020
   kp@corpus-law.com
7
   By: s/Tarek H. Zohdy
8  Tarek H. Zohdy *

9  s/Cody R. Padgett
   Cody R. Padgett *
10 s/Laura E. Goolsby
   Laura E. Goolsby *
11 CAPSTONE LAW, APC
   1875 Century Park East Suite 1000
12 Los Angeles, CA 90067
   Telephone: (310) 556-4811
13 Tarek.Zohdy@Capstonelawyers.com
   Cody.Padgett@Capstonelawyers.com
14 Laura.Goolsby@Capstonelawyers.com

15
   Jonathan D. Selbin **
16 Jason L. Lichtman *
   Muriel Kenfield-Kelleher *
17 LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
18 250 Hudson Street, 8th Floor
   New York, NY 10013-1413
19 212.355.9500
   jselbin@lchb.com
20 jlichtman@lchb.com
   mkenfieldkelleher@lchb.com
21
   Andrew R. Kaufman *
22 LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
23 222 2nd Avenue South, Suite 1640
   Nashville, Tennessee 37201
24 615.313.9000
   akaufman@lchb.com
25

26 E. Powell Miller*
   Dennis A. Lienhardt*
27 THE MILLER LAW FIRM PC
   950 W. University Dr., Ste. 300
28 Rochester, MI 48307

STIPULATION AND ORDER                                  SHOOK, HARDY & BACON L.L.P.
CASE NO.: 3:23-cv-05778-BHS                             555 Mission Street, Suite 2300
                                          San Francisco, CA 94105, Tel: 415.544.1900

Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

Stephen R. Basser**
Samuel M. Ward**
BARRACK, RODOS, & BACINE
600 W Broadway, Suite 900
San Diego, CA 92101
Telephone: (619)230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

John G. Emerson**
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com
Telephone: (800) 551-8649

*admitted *pro hac vice*
***pro hac vice* pending

Attorneys for Plaintiffs and the Proposed Classes

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 4th, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge